# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:18-CR-169 |
| Plaintiff | : | (Magistrate Judge Sharon L. Ovington) |
| vs. | : | |
| NOAH DRIGGS | : | |
| Defendant | : | |

## ORDER

Upon the Motion for Early Termination of Prejudgment Probation, the Court being fully apprised in the premises and without opposition from either the Office of Counsel for the United States and the U.S. Probation Department said motion is granted.

It is hereby ORDERED that Noah Driggs, Defendant herein, is discharged from Prejudgment Probation.

Dated July 23, 2020

_____
Sharon L. Ovington
United States Magistrate Judge

672553_1